## 34416. SMITH v. SMITH et al.
## 34417. DUCKETT v. SMITH et al.

JORDAN, Justice.

This is an appeal from an interlocutory alimony award in a divorce case.

The wife-appellee was awarded temporary use of a 1975 Oldsmobile in her possession or "a like or similar vehicle."

We find no abuse of discretion, whether the legal title to the 1975 Oldsmobile is in appellant Smith or appellant Duckett.

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 15, 1979 — DECIDED JANUARY 24, 1979.

*John C. Tyler,* for appellants.
*A. L. Crawley, Harry Sneed,* for appellees.